Pages 1 - 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MAXINE M. CHESNEY, JUDGE

```
UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
   VS.                           )   No. CR 18-465 MMC
                                 )
UNITED MICROELECTONICS           )
CORPORATION, INC.; FUJIAN        )
JINHUA INTEGRATED CIRCUIT, CO.,) 
LTD.; CHEN ZHENGKUN, a.k.a.      )
STEPHEN CHEN; HE JIANTING,       )
a.k.a. J.T. HO; and WANG         )
YUNGMING, a.k.a. KENNY WANG.     )
                                 )
            Defendants.          )
_____)   San Francisco, California
                                     Wednesday, April 17, 2019
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

```
For Plaintiff:          DAVID L. ANDERSON
                        UNITED STATES ATTORNEY
                        450 Golden Gate Avenue, 11th Floor
                        San Francisco, California  94102
                  BY:   SHIAO C. LEE
                        ASSISTANT UNITED STATES ATTORNEY


For Defendant United Microelectronics Corporation:
                        LATHAM & WATKINS
                        505 Montgomery Street, Suite 2000
                        San Francisco, California  94111
                  BY:   MARGARET TOUGH, ESQ.
```

(Appearances continued on next page)

```
Reported By:   Katherine Powell Sullivan, CSR #5812, RMR, CRR
               Official Reporter - U.S. District Court
```

**<u>APPEARANCES (CONTINUED):</u>**

Fujian Jinhua Integrated Circuit, Co. Ltd.:
                               MORRISON & FOERSTER
                               425 Market Street
                               San Francisco, California  94105
                **BY:  CHRISTINE Y. WONG, ESQ.**

<u>**Wednesday - April 17, 2019**</u>                    <u>**2:20 p.m.**</u>

<u>**P R O C E E D I N G S**</u>

**---000---**

  **THE CLERK:**  Calling criminal case number 18-465,
United States of America versus United Microelectronics and
Fujian.

  Counsel, please state your appearances for the record.

  **MS. LEE:**  Shiao Lee on behalf of the United States.
Good afternoon, Your Honor.

  **THE COURT:**  Good afternoon.

  **MS. WONG:**  Good afternoon, Your Honor.  Christine Wong
for Fujian Integrated Circuits Co., Ltd.

  **THE COURT:**  Hello.

  **MS. TOUGH:**  Good afternoon, Your Honor.  Margaret
Tough, of Latham & Watkins, for defendant United
Microelectronics Corporation.

  **THE COURT:**  Okay.  All right.  Where are we with this
case?  I have some idea where the civil case is, but less
knowledge about where this one is.

  **MS. LEE:**  We are still negotiating the terms of the
protective order.  We have been producing discovery that is not
confidential or proprietary or trade secret related in the
meantime.

  I'm hopeful that we are close to coming to an agreement on
the protective order.  There is still batches of incoming

1    discovery from Taiwan that we are obtaining.  So long as those

2    are not confidential, we will continue to produce those on a

3    rolling basis.

4         Once the protective order is entered we can then make all

5    the remainder of the discovery available to the defense

6    counsels.

7         We have upcoming trips that are being made to continue

8    the -- you know, the progress of the case, but I think at this

9    juncture it's probably best to put this case over to the middle

10   or the end of May as we continue to work through discovery

11   issues.

12        **THE COURT:**  Okay.

13        I wonder if we should put your name down on our calendar.

14   We have Ms. Caldwell.

15        **MS. TOUGH:**  I'm standing in for her today.

16        **THE COURT:**  Right.  Could you give me the spelling on

17   your last name?

18        **MS. TOUGH:**  Sure.  Tough.  T-o-u-g-h.

19        **THE COURT:**  Oh, my goodness.

20        **MS. TOUGH:**  Come by honestly.

21        **THE COURT:**  Watch out.

22        So did you discuss a date or not?

23        **MS. LEE:**  Not a particular day.

24        **THE COURT:**  Do you want to just take a minute off the

25   record to confer --

```
1              MS. WONG:  Sure.

2              THE COURT:  -- and then let me know.

3         (Counsel confer off the record.)

4              MS. LEE:  How about May 22nd, at 2:15, Your Honor?

5              THE COURT:  Let me just check that.  I think that's

6    okay.  Should be.  All right.  And I assume from everything

7    you've said that there would be grounds, then, to exclude time

8    from the running of the Speedy Trial clock?

9              MS. LEE:  Yes.

10             MS. WONG:  And, Your Honor, I believe there are

11   grounds, but there is one thing that I want to point out to the

12   Court.

13        And that is, if it were possible for Jinhua to go to trial

14   quickly, it would.  And this is in part because the government

15   has -- and not this government necessarily, but the government

16   has put Jinhua on what is the Commerce Department's entity

17   list, which has prevented Jinhua from receiving any products

18   that have any U.S.-based-origin technology, which is

19   essentially anything.

20        And so that is, you know, we've got a ticking time clock

21   on the viability of the company.  And Jinhua is very anxious to

22   have its day in court.

23        That said, we understand that the Government is waiting

24   for discovery from abroad.  There is a specific exclusion under

25   the Speedy Trial Act that allows for waiting for discovery from
```

abroad, and so we understand that.  It's somewhat futile for us
to protest the exclusion of time under the Speedy Trial Act,
but we did want to let everyone understand where we are in this
matter.

   **THE COURT:**  Okay.  I know that from the beginning
Jinhua has been in a somewhat different position than UMC for
both the civil and criminal cases, because the people that work
for Micron, for example, came to UMC not to Jinhua.

  And I don't know what evidence you will ultimately, you
know, marshal to bring your case against Jinhua as well as
against UMC, but that's been essentially the position that
they've taken and continue to take, that there isn't enough
evidence.  I've got the motion pending right now from both
parties but different grounds.

  So but for today, today you feel there are grounds to
exclude; you're just concerned about things taking too long?

   **MS. WONG:**  Exactly, Your Honor.

   **THE COURT:**  Okay.  Well, I'm going to continue the
matter, for further status, to May 22, at 2:15.

  I will exclude the time between now and then, through that
date, from the running of the Speedy Trial clock, for effective
preparation of counsel for the reasons stated.

  This is a fairly involved case, also, and the exclusion
is, at least at the moment, in the interests of both defendants
and outweighs any other interest they might have, or the

```
 1  public, in moving forward without the exclusion.

 2        So that should, I think, conclude this proceeding today.

 3  I don't need a separate order on the exclusion.

 4            MS. LEE:  Thank you, Your Honor.

 5            MS. WONG:  Thank you, Your Honor.

 6            THE COURT:  Thank you very much.

 7        (At 2:26 p.m. the proceedings were adjourned.)

 8                            -  -  -  -

 9

10

11

12

13                   CERTIFICATE OF REPORTER

14        I certify that the foregoing is a correct transcript

15  from the record of proceedings in the above-entitled matter.

16

17  DATE:   Friday, April 26, 2019

18

19

20                   Katherine Sullivan

21  _____

22        Katherine Powell Sullivan, CSR #5812, RMR, CRR
                    U.S. Court Reporter
23

24

25
```