DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
SHIAO C. LEE (CABN 257413)
Assistant United States Attorneys

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    shiao.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-465 MMC |
| Plaintiff, | **UNITED STATES' FOURTH *EX PARTE* MOTION TO CONTINUE ARRAIGNMENT** |
| v. | |
| UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | |
| Defendants. | |

    The United States moves the Court for an order continuing the arraignment date from May 15, 2019 to August 15, 2019 for the individual defendants, Stephen Chen, J.T. Ho, and Kenny Wang. The corporate defendants, United Microelectronics Corporation Inc. and Fujian Jinhua Integrated Circuit Co. Ltd., have already been arraigned and their next court date is on May 22, 2019 before Judge Maxine M. Chesney. All individual defendants have been served

with the summonses issued in the above-captioned case.  Since then, the individual defendants, who are foreign nationals, have retained attorneys in the United States.  Those attorneys have been in contact with government counsel and have sought additional time for arraignment in order to travel to Taiwan and consult further with their respective client.  Accordingly, the United States requests that the initial appearance for the individual defendants, Stephen Chen, J.T. Ho, and Kenny Wang be continued to August 15, 2019 before the San Francisco Duty Magistrate.  The United States is filing this motion *ex parte* since defense counsels for Stephen Chen, J.T. Ho, and Kenny Wang have not made an appearance in this case yet.

DATED:  May 10, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
SHIAO C. LEE
Assistant United States Attorney

[PROPOSED] ORDER

On the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that the initial appearance for defendants Stephen Chen, J.T. Ho, and Kenny Wang be continued from May 15, 2019 to August 15, 2019 at 9:30am before the Duty Magistrate in San Francisco. The summonses for those defendants are hereby amended, *nunc pro tunc*, accordingly. Government counsel is directed to provide this Order to the attorneys who contacted the government on behalf of Stephen Chen, J.T. Ho, and Kenny Wang.

Dated: _____

                                                        HON. SALLIE KIM
United States Magistrate Judge