**Pages 1 - 5**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Laurel Beeler, Magistrate Judge

```
UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )
                                  )
  VS.                             )  NO. CR 18-00465 MMC (LB)
                                  )
CHEN ZHENGKUN, a.k.a. STEPHEN     )
CHEN; HE JIANTING, a.k.a.         )
J.T. HO; and WANG YUNGMING,       )
a.k.a. KENNY WANG,                )
                                  )
          Defendants.             )
_____)
```

San Francisco, California
Wednesday, June 24, 2020

**TRANSCRIPT OF ZOOM TELECONFERENCE PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiff:
        DAVID L. ANDERSON
        United States Attorney
        450 Golden Gate Avenue, 11th Floor
        San Francisco, California 94102
  **BY:  LAURA E. VARTAIN HORN**
        **ASSISTANT UNITED STATES ATTORNEY**

REPORTED VIA ZOOM BY:  ANA M. DUB, RDR, CRR, CCRR, CRG, CCG
                    OFFICIAL REPORTER, CSR NO. 7445

**Wednesday - June 24, 2020**                                               **1:35 p.m.**

**P R O C E E D I N G S**

---o0o---

**THE COURT:** Okay. So I think Microelectronics is the last case -- with the individual defendants, is the last case on the agenda. Elaine will call that case.

(Defendants not present.)

**THE CLERK:** Okay. Calling Criminal Action 18-465, U.S.A. versus Chen Zhengkun, He Jianting, and Wang Yungming.

Counsel, if you could please state your appearance for the record.

**MS. VARTAIN:** Good morning, Your Honor, or good afternoon. Laura Vartain for the United States.

**THE COURT:** Good afternoon.

Hey, so, sorry about the text entry last night. See, I saw those things that were under seal, and I assumed there was an information, and I couldn't get at the sealed docket.

And so that's why I thought: Well, I'll just issue a little text entry because there's so many of you on the docket. I thought about just e-mailing you directly.

**MS. VARTAIN:** Yeah.

**THE COURT:** And then, of course, I got the updated information through Elaine today about -- so I'll let you make a record of that procedural posture.

So I thought, oh, because everybody else on my

out-of-custody was an arraignment on an information and I thought I just missed it.  And so that's -- that was that.

And then, so when I went back to the -- because I looked at it myself and I thought:  Well, it can't possibly be the 2018 indictment because -- but, of course, that's exactly what it was.  It was the 2018 indictment.

So I had printed it out, actually, and I'd gone so far as to highlight the individual defendants in case they actually did show up.  But I thought it was highly unusual in the context of this case that you wouldn't have had cooperation from lawyers making appearances in the case.

Anyway, so thank you for clarifying that for me.

So tell me what you want to do as your next steps.

**MS. VARTAIN:**  Yes, Your Honor.

The purpose of being here today is to seek warrants for the three individual defendants, who are not present here today, pursuant to the most recent court order continuing the summons date to today.

I did advise counsel.  And I have spoken to all three counsel for the lawyers -- or for the defendants, who are not here today, as recently as Monday.  They're aware of the court calendar now.  Their clients are not here for different reasons for each client.

**THE COURT:**  I just want to say, for the record, if there's anyone in the audience who's here on this case who

1  wants to make an appearance, would you raise your hand?
2      We have a lot of people still in the audience.  I don't
3  know who they are.
4      All right.  No one's raising their hand, I don't think.
5      Okay.  I just thought, that's a record for you too.  Okay.
6          **MS. VARTAIN:**  Thank you.  Thank you, Your Honor.
7      And due to the lack of presence here, I think the
8  appropriate thing to do and what the Government requests
9  pursuant to Rule 4(a) is a warrant for each of the individual
10 defendants.
11         **THE COURT:**  All right.  So we'll issue an order
12 authorizing the warrant.
13     So, Elaine, you're authorized to issue the warrants for
14 the three individually named defendants.
15     Okay.  Thank you.
16         **MS. VARTAIN:**  Thank you, Your Honor.
17         **THE COURT:**  Sorry that you had to cool your heels all
18 day.  I promised that I would call Ms. McNamara first.  Then I
19 got roped into calling others.  You were always going to be at
20 the end of the custody calendar.  But I know it's a long day.
21 Hopefully, you can --
22         **MS. VARTAIN:**  Plenty of work to do.
23         **THE COURT:**  Exactly.  Exactly.
24     All right.  Great.  Thank you.
25         **MS. VARTAIN:**  Thank you.

1    **THE COURT:** And that concludes today's calendar.

2            (Proceedings adjourned at 1:38 p.m.)

3                       ---o0o---

4

5                  **CERTIFICATE OF REPORTER**

6        I certify that the foregoing is a correct transcript

7    from the record of proceedings in the above-entitled matter.

8

9    DATE:  Thursday, June 25, 2020

10

11

12    _____

13        Ana M. Dub, CSR No. 7445, RDR, CRR, CCRR, CRG, CCG
              Official Reporter, U.S. District Court