STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   Laura.Vartain@usdoj.gov
   Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

   950 Pennsylvania Ave., NW
   Washington, DC 20530
   Tel: (202) 353-3434
   Fax: (202) 233-2146
   Nicholas.Hunter@usdoj.gov
   Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-465 MMC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION *IN LIMINE* FOR AN ORDER FINDING EVIDENCE OBTAIN FROM TAIWAN AUTHENTIC |
| UNITED MICROELECTRONICS CORPORATION, et al. | |
| Defendants. | |

The United States has moved for an order that evidence seized by law-enforcement authorities in Taiwan is authentic pursuant to provisions in the United Stated Mutual Legal Assistance Agreement with

[PROPOSED] ORDER REGARDING AUTHENTICATION OF EVIDENCE FROM TAIWAN
18-CR-465 MMC                                        1

Taiwan[1] and/or pursuant to Federal Rule of evidence 901.  The United States seeks an order regarding the authentication of:

- Forensic images of 24 digital storage devices seized by law enforcement authorities in Taiwan in February 2017, labeled as device numbers 1-24 in the Taiwan seizure certificates, and the forensic image of one storage device containing files Taiwan authorities downloaded from defendant Kenny Wang's Google Drive, labeled as device number 25 in the Taiwan seizure certificates;
- Files extracted from those digital storage devices and stored on a hard drive called "Hard Drive 48," which is organized with folders corresponding to each seized device; and
- Chat messages from the LINE messaging application between defendants JT Ho and Kenny Wang extracted from one of Wang's cell phones (device number 1).

(collectively, "the Taiwan evidence").

Pursuant to its authority under Federal Rule of Evidence 104 to determine preliminary questions of admissibility, the Court hereby ORDERS that:

- the Taiwan evidence is self-authenticated under the U.S.-Taiwan MLAA;
- the Certificates with Respect to Seized Items are sufficient admissible evidence from which a jury could conclude that the Taiwan evidence is authentic; and
- the Certificates with Respect to Seized Items and distinctive characteristics (*i.e.*, contents) of the Taiwan evidence are sufficient admissible evidence from which a jury could conclude that the Taiwan evidence is authentic.

IT IS SO ORDERED.

DATED:

_____
HON. MAXINE M. CHESNEY
United States Senior District Judge

---

[1] U.S.-Taiwan Agreement on Mutual Legal Assistance in Criminal Matters, Mar. 26, 2002, Am. Inst. In Taiwan – Taipei Econ. & Cultural Representative Office in the U.S., *available at* https://www.ait.org.tw/wp-content/uploads/sites/269/2016/12/20020326-mutual-legal-assistance-agreement.pdf [hereinafter, "U.S.-Taiwan MLAA"]