Exhibit J



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of JT Ho

**Date:** July 12, 2018
**Case:** Micron Technology, Inc. -v- United Microelectronics Corp., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
                              X
3   MICRON TECHNOLOGY, INC.,
            Plaintiff,
4                                    Case No.
5   v.                              3:17 CV 06932 JSW
6
7   UNITED MICROELECTRONICS
    CORPORATION, FUJIAN JINHUA
8   INTEGRATED CIRCUIT CO.,
    LTD., and DOES 1 10,
9           Defendants.
                              X
10
11      HIGHLY CONFIDENTIAL   ATTORNEYS' EYES ONLY
12
13          Videotaped deposition of JT HO
14
15                  Chen & Lin
16            Bank Tower, 12th Floor
17           205 Tunhwa North Road
18                Taipei 105
19                  TAIWAN
20
21          THURSDAY, JULY 12, 2018
22                9:08 A.M.
23
24  Pages 1   158
25  Reported by Jade K. King.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    2

```
1                  Deposition of JT HO, held at:

2

3    Chen & Lin

4    Bank Tower, 12th Floor

5    205 Tunhwa North Road

6    Taipei 105

7    TAIWAN

8

9

10

11

12              Pursuant to agreement, before Jade K. King.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    3

```
1        A P P E A R A N C E S

2    FOR MICRON TECHNOLOGY, INC.:
     RANDALL E. KAY
3    JONES DAY
     4655 Executive Dr Ste 1500
4    San Diego
     CA 92121
5
     PATRICK T. MICHAEL
6    JONES DAY
     555 California Street, 26th Floor
7    San Francisco
     CA 94104.1500
8
     PO CHIEN CHEN
9    JONES DAY
     8F, 2 Tunhwa South Road, Section 2
10   Taipei 106
     TAIWAN
11
     FOR UNITED MICROELECTRONICS CORPORATION:
12   DAN JOHNSON
     MARIO MOORE
13   DAN JOHNSON LAW GROUP
     400 Oyster Point Blvd, Suite 321
14   South San Francisco
     CA 94080
15

16

17   ALSO PRESENT:

18   Chester Wong (Videographer)
     Chia Ling Cheng (Main Interpreter)
19   Joseph Tseng (Check Interpreter)
     Lucas Chang (UMC in house counsel)
20   Chia Fang Lin (UMC in house counsel)

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    42

| Line | | Time |
|---|---|---|
| 1 | ████████████████████ | 11:06:23 |
| 2 | ███ | 11:06:29 |
| 3 | ████ | 11:06:40 |
| 4 | ██████████████ | 11:06:40 |
| 5 | ███ | 11:06:43 |
| 6 | ████ | 11:06:45 |
| 7 | █████████████████ | 11:06:47 |
| 8 | ██████████████████ | 11:06:52 |
| 9 | ████████████████ | 11:07:13 |
| 10 | ████ | 11:07:20 |
| 11 | ███████████████ | 11:07:21 |
| 12 | █████████████████ | 11:07:24 |
| 13 | ███████████████ | 11:07:27 |
| 14 | ██ | 11:07:31 |
| 15 | ██████████ | 11:07:47 |
| 16 | ██ | 11:07:47 |
| 17 | █████████ | 11:07:51 |
| 18 | ████████████ | 11:07:52 |
| 19 | ████████ | 11:07:54 |
| 20 | █████████ | 11:07:55 |
| 21 | ██████████████████ | 11:07:56 |
| 22 | ██████████ | 11:07:59 |
| 23 | ██████████ | 11:08:14 |
| 24 | ██████ | 11:08:20 |
| 25 | ████████████████ | 11:08:23 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    43

| | | |
|---|---|---|
| 1 | ████████████████████████ | 11:08:26 |
| 2 | ██████████████████████████████ | 11:08:28 |
| 3 | ███ | 11:08:49 |
| 4 | ██████████████████████████████ | 11:08:50 |
| 5 | ████████████████████████████ | 11:08:52 |
| 6 | ████████████████ | 11:09:02 |
| 7 | █████████████████████████████ | 11:09:26 |
| 8 | ██████████████████████████████ | 11:09:28 |
| 9 | ██████████████████████████ | 11:09:31 |
| 10 | ████████████████████████████ | 11:09:38 |
| 11 | ███████████████████████████ | 11:09:43 |
| 12 | █████ | 11:09:48 |
| 13 | ███ | 11:10:02 |
| 14 | █████████████████████████████ | 11:10:08 |
| 15 | ██████████████████████████████ | 11:10:10 |
| 16 | ██████████████████ | 11:10:13 |
| 17 | ███ | 11:10:28 |
| 18 | ██████████████████████████████ | 11:10:29 |
| 19 | ██ | 11:10:38 |
| 20 | ████████████████████████ | 11:10:40 |
| 21 | ██████████ | 11:10:45 |
| 22 | ██████████████ | 11:10:53 |
| 23 | ███████████████████████████ | 11:11:02 |
| 24 | ██████████████████████████████ | 11:11:07 |
| 25 | ██████████████████ | 11:11:11 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    44

| | |
|---|---|
| 1 | 11:11:29 |
| 2 | 11:11:32 |
| 3 | 11:11:36 |
| 4 | 11:11:40 |
| 5 | 11:11:42 |
| 6 | 11:11:48 |
| 7 | 11:11:54 |
| 8 | 11:11:56 |
| 9 | 11:12:01 |
| 10 | 11:12:18 |
| 11 | 11:12:29 |
| 12 | 11:12:30 |
| 13 | 11:12:33 |
| 14 | 11:12:34 |
| 15 | 11:12:37 |
| 16 | 11:12:40 |
| 17 | 11:12:44 |
| 18 | 11:12:45 |
| 19 | 11:12:45 |
| 20 | 11:12:50 |
| 21 | 11:12:53 |
| 22 | 11:12:57 |
| 23 | 11:13:12 |
| 24 | 11:13:23 |
| 25 | 11:13:26 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                          45



| | |
|---|---|
| 1 | 11:13:30 |
| 2 | 11:13:43 |
| 3 | 11:13:56 |
| 4 | 11:14:02 |
| 5 | 11:14:13 |
| 6 | 11:14:21 |
| 7 | 11:14:23 |
| 8 | 11:14:42 |
| 9 | 11:14:42 |
| 10 | 11:14:57 |
| 11 | 11:15:00 |
| 12 | 11:15:06 |
| 13 | 11:15:14 |
| 14 | 11:15:14 |
| 15 | 11:15:14 |
| 16 | 11:15:16 |
| 17 | 11:15:19 |
| 18 | 11:15:20 |
| 19 | 11:15:20 |
| 20 | 11:15:23 |
| 21 | 11:15:27 |
| 22 | 11:15:38 |
| 23 | 11:15:39 |
| 24 | 11:15:41 |
| 25 | 11:15:53 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                                    46

| 1  | way till now.                                            | 11:15:55 |
| 2  |     Q.  Did UMC find any Micron documents on the          | 11:15:56 |
| 3  | third hard drive that you used from February 2017         | 11:16:01 |
| 4  | until the present?                                        | 11:16:04 |
| 5  |     A.  No.                                               | 11:16:21 |
| 6  |     Q.  How many Micron documents existed on the          | 11:16:32 |
| 7  | second hard drive that you used from December 2015        | 11:16:34 |
| 8  | to February 2017?                                         | 11:16:37 |
| 9  |     A.  Based on my understanding, none.                  | 11:16:55 |
| 10 |     Q.  What's your understanding based on?               | 11:17:24 |
| 11 |     A.  For the first hard disk drive, I used the         | 11:17:41 |
| 12 | privilege to apply for the use authority of a USB.        | 11:17:44 |
| 13 | However, this turned out to be unfit for the              | 11:17:58 |
| 14 | company policy, so this USB access was canceled.          | 11:18:03 |
| 15 | So I did not have any other way, other than email.        | 11:18:14 |
| 16 | And I did not send any emails, so there was no            | 11:18:24 |
| 17 | way.  I did not send any email regarding Micron           | 11:18:27 |
| 18 | documents, so there was no way.  What I emailed           | 11:18:34 |
| 19 | back then was a self introduction and some notes          | 11:19:00 |
| 20 | that I took, as well as some terminology or               | 11:19:03 |
| 21 | glossary of the semiconductor industry which I put        | 11:19:07 |
| 22 | together by myself.                                       | 11:19:09 |
| 23 |     THE CHECK INTERPRETER:  And the witness               | 11:19:11 |
| 24 | also said, "The notes were in English."                   | 11:19:12 |
| 25 |     A.  Kind of like notes of English phrases.            | 11:19:20 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                    47

| | | |
|---|---|---|
| 1 | BY MR. MICHAEL: | 11:19:27 |
| 2 | Q.  Did you collect those notes and other | 11:19:28 |
| 3 | documents in connection with today's deposition? | 11:19:31 |
| 4 | THE CHECK INTERPRETER:  "(Chinese | 11:19:48 |
| 5 | spoken)". | 11:19:48 |
| 6 | A.  I don't quite understand the question. | 11:20:11 |
| 7 | The notes are in my computer, so why would I want | 11:20:14 |
| 8 | to collect the notes?  They are in my computer. | 11:20:17 |
| 9 | Let me correct myself.  Not in my | 11:20:33 |
| 10 | computer; it's in my email.  For example, I sent | 11:20:35 |
| 11 | the email from my Gmail account, so it's in my | 11:20:40 |
| 12 | Gmail.  So I don't understand why would I want to | 11:20:44 |
| 13 | collect the notes. | 11:20:46 |
| 14 | BY MR. MICHAEL: | 11:20:48 |
| 15 | Q.  Do you have any Micron documents on your | 11:20:49 |
| 16 | Gmail account? | 11:20:51 |
| 17 | A.  I don't think so. | 11:21:01 |
| 18 | Q.  Did you search your Gmail account for | 11:21:02 |
| 19 | Micron documents? | 11:21:05 |
| 20 | A.  Yes, I did. | 11:21:14 |
| 21 | Q.  And did you find any Micron documents | 11:21:16 |
| 22 | when you searched your Gmail account? | 11:21:17 |
| 23 | A.  I found a self introduction that I typed | 11:21:36 |
| 24 | myself when I was with Micron.  Would that | 11:21:39 |
| 25 | constitute a Micron document?  At Micron, we can | 11:21:43 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                                    48

| | | |
|---|---|---|
| 1 | use anything without limitations.  So, for | 11:22:40 |
| 2 | example, in a meeting, there would be meeting | 11:22:44 |
| 3 | minutes on the whiteboard.  What I would do is to | 11:22:47 |
| 4 | take a picture of the whiteboard and then email | 11:22:50 |
| 5 | it.  I can use   this is allowed at Micron, but | 11:22:53 |
| 6 | not allowed at UMC.  At Micron, we are able to use | 11:22:57 |
| 7 | the intranet to connect to the internet, so that | 11:23:01 |
| 8 | I can have access to my email | 11:23:06 |
| 9 |         THE MAIN INTERPRETER:  Correction. | 11:23:10 |
| 10 |     A.    so that I can have access to Gmail | 11:23:11 |
| 11 | account or Google Drive to have access to that | 11:23:14 |
| 12 | picture, and then write up the meeting minutes, | 11:23:19 |
| 13 | and then send the meeting minutes to the team | 11:23:22 |
| 14 | members. | 11:23:24 |
| 15 |         And I am not sure if this constitutes | 11:23:28 |
| 16 | a Micron document. | 11:23:32 |
| 17 | BY MR. MICHAEL: | 11:23:34 |
| 18 |     Q.  Do you have pictures on your Gmail | 11:23:35 |
| 19 | account from meetings that you had while you were | 11:23:37 |
| 20 | employed at Micron? | 11:23:42 |
| 21 |     A.  Yes. | 11:23:56 |
| 22 |     Q.  Mr. Ho, did you collect and provide any | 11:23:58 |
| 23 | documents from your Gmail account to UMC's counsel | 11:24:01 |
| 24 | in this case? | 11:24:06 |
| 25 |     A.  I remember I put my self introduction on | 11:24:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                          49

| | | |
|---|---|---|
| 1 | the second hard drive.  And I sent the notes of | 11:24:40 |
| 2 | English phrases as well as acronyms and glossary | 11:25:01 |
| 3 | of semiconductor, that I put together myself, to | 11:25:05 |
| 4 | the third hard drive.  The company investigated | 11:25:11 |
| 5 | the third hard drive in the internal | 11:25:28 |
| 6 | investigation.  I did not provide the company with | 11:25:31 |
| 7 | the third hard   I did not provide it proactively | 11:25:33 |
| 8 | to the | 11:25:39 |
| 9 | A.  (Chinese spoken). | 11:25:40 |
| 10 | A.  Let me correct.  I did provide the | 11:25:44 |
| 11 | computer to the company. | 11:25:48 |
| 12 | THE CHECK INTERPRETER:  Hard drive.  The | 11:25:54 |
| 13 | hard drive, not the computer.  The third hard | 11:25:55 |
| 14 | drive. | 11:25:57 |
| 15 | A.  The company took the computer that | 11:25:58 |
| 16 | contained the third hard drive.  So, yes, | 11:26:00 |
| 17 | I provided that to the company. | 11:26:02 |
| 18 | BY MR. MICHAEL: | 11:26:06 |
| 19 | Q.  I want to focus on your Gmail account. | 11:26:07 |
| 20 | Has your Gmail account been searched for the | 11:26:17 |
| 21 | purposes of identifying Micron documents that | 11:26:20 |
| 22 | exist in your Gmail account? | 11:26:23 |
| 23 | A.  Yes.  I did the search. | 11:26:39 |
| 24 | Q.  And from that search, how many documents | 11:26:42 |
| 25 | did you identify to be Micron documents on your | 11:26:45 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    50

| | | |
|---|---|---|
| 1 | ████████████ | 11:26:50 |
| 2 | ████████ | 11:27:04 |
| 3 | ████████████████████████ | 11:27:10 |
| 4 | █████████████████████████ | 11:27:16 |
| 5 | ███████████████ | 11:27:19 |
| 6 | ██████ | 11:27:30 |
| 7 | ██████████████ | 11:27:31 |
| 8 | ████████████ | 11:27:53 |
| 9 | █████████████████████████ | 11:28:13 |
| 10 | ██████████████████████ | 11:28:16 |
| 11 | ██████ | 11:28:20 |
| 12 | █████████████ | 11:28:21 |
| 13 | ████████████████████████ | 11:28:24 |
| 14 | ██████ | 11:28:33 |
| 15 | ██████████████████ | 11:28:35 |
| 16 | ████ | 11:28:37 |
| 17 | ████████████████████ | 11:28:39 |
| 18 | ██████ | 11:28:40 |
| 19 | ██████████████ | 11:28:40 |
| 20 | ███████████████ | 11:28:42 |
| 21 | ███████████ | 11:28:44 |
| 22 | ████ | 11:28:59 |
| 23 | ████████████ | 11:29:02 |
| 24 | ███████████████████████ | 11:29:05 |
| 25 | ██████████ | 11:29:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    51

| | | |
|---|---|---|
| 1 | █████████████████ | 11:29:23 |
| 2 | ████████████████████ | 11:29:27 |
| 3 | ██████████████████████ | 11:29:37 |
| 4 | ███████████████████████ | 11:29:48 |
| 5 | ███████████ | 11:29:57 |
| 6 | ██████████████████████████ | 11:30:04 |
| 7 | ███████████████████████ | 11:30:08 |
| 8 | ██████████ | 11:30:13 |
| 9 | ███ | 11:30:14 |
| 10 | █████████████████████ | 11:30:20 |
| 11 | ██████████████████████████ | 11:30:21 |
| 12 | ████████████ | 11:30:25 |
| 13 | ████ | 11:30:43 |
| 14 | ███████████████████ | 11:30:44 |
| 15 | ████████████████ | 11:30:49 |
| 16 | ████ | 11:31:08 |
| 17 | ███████████████████████ | 11:31:20 |
| 18 | █████████████████████ | 11:31:22 |
| 19 | ████ | 11:31:41 |
| 20 | ██████████████████████████ | 11:31:42 |
| 21 | ████████████████████ | 11:31:45 |
| 22 | ██████████████████████████ | 11:32:05 |
| 23 | █████████████████████ | 11:32:10 |
| 24 | ███ | 11:32:11 |
| 25 | ███████████████████ | 11:32:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                    52

| | | |
|---|---|---|
| 1 | ████████████████████ | 11:32:16 |
| 2 | ██████████ | 11:32:26 |
| 3 | ██████████████████ | 11:32:27 |
| 4 | ████████████████ | 11:32:29 |
| 5 | █████████ | 11:32:40 |
| 6 | ███████████ | 11:32:43 |
| 7 | ███████████████████ | 11:33:02 |
| 8 | ████████████████ | 11:33:06 |
| 9 | ██ | 11:33:11 |
| 10 | ████████████████ | 11:33:12 |
| 11 | █████████████████ | 11:33:12 |
| 12 | ███████████████████ | 11:33:16 |
| 13 | █████ | 11:33:20 |
| 14 | ████████████ | 11:33:35 |
| 15 | ██████████ | 11:33:36 |
| 16 | ███████████████████ | 11:33:38 |
| 17 | ███████████████████ | 11:33:41 |
| 18 | █████████████████ | 11:33:53 |
| 19 | █████████████████ | 11:33:59 |
| 20 | ███████████████████ | 11:34:02 |
| 21 | █████████████████ | 11:34:18 |
| 22 | ██ | 11:34:20 |
| 23 | █████████████ | 11:34:25 |
| 24 | ███████████████████ | 11:34:27 |
| 25 | █████████████████ | 11:34:30 |

| | | |
|---|---|---|
| 1 | policy." | 11:34:32 |
| 2 | A.  So after the voluntary cancellation, we | 11:34:55 |
| 3 | asked the IT department to clean up the hard disk | 11:34:59 |
| 4 | drive, meaning that there would be no external | 11:35:04 |
| 5 | information on the hard disk drive, or the | 11:35:07 |
| 6 | possibility of a virus. | 11:35:09 |
| 7 | Another reason for the cancellation is | 11:35:55 |
| 8 | that the company was concerned that company | 11:35:57 |
| 9 | information such as the logic of 28 nanometer HK | 11:36:00 |
| 10 | multigate and 14 nanometer finfet would be leaked | 11:36:07 |
| 11 | to outside of the company through USB.  So the | 11:36:12 |
| 12 | company does not want to have information coming | 11:36:15 |
| 13 | in from outside and does not want information | 11:36:17 |
| 14 | coming from inside, out.  So that was another | 11:36:21 |
| 15 | concern. | 11:36:26 |
| 16 | (Court reporter clarification) | 11:36:26 |
| 17 | BY MR. MICHAEL: | 11:36:43 |
| 18 | Q.  So it's your testimony that you made the | 11:36:44 |
| 19 | request to swap out your first hard drive; | 11:36:47 |
| 20 | correct? | 11:36:50 |
| 21 | A.  My request was to clean up the computer | 11:37:11 |
| 22 | so that there are so bad things on the computer. | 11:37:14 |
| 23 | It was later that I found out that the IT | 11:37:17 |
| 24 | department actually swapped out the entire hard | 11:37:20 |
| 25 | disk drive.  It was until after the forensics | 11:37:22 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                               54

| | | |
|---|---|---|
| 1 | company's investigation that I knew that the hard | 11:37:39 |
| 2 | disk drive was swapped.  I had always thought that | 11:37:42 |
| 3 | it was the same hard disk drive. | 11:37:47 |
| 4 |      THE CHECK INTERPRETER:  "As the second | 11:37:50 |
| 5 | one." | 11:37:52 |
| 6 |      THE MAIN INTERPRETER:  "As the second | 11:37:53 |
| 7 | one." | 11:37:53 |
| 8 |      THE CHECK INTERPRETER:  "And also the | 11:37:53 |
| 9 | first hard drive was formatted." | 11:37:54 |
| 10 | BY MR. MICHAEL: | 11:38:08 |
| 11 |    Q.  What was the date that the forensics | 11:38:08 |
| 12 | company did this investigation? | 11:38:14 |
| 13 |    A.  I do not know. | 11:38:18 |
| 14 |    Q.  What is the approximate time range?  Were | 11:38:21 |
| 15 | there multiple investigations?  Are we talking | 11:38:24 |
| 16 | about two here or is there one? | 11:38:27 |
| 17 |    A.  It's recent.  Within one month. | 11:38:31 |
| 18 |    Q.  So you only found out in the last month | 11:38:38 |
| 19 | that your first UMC issued hard drive was swapped | 11:38:41 |
| 20 | out after you had been employed at UMC for only | 11:38:46 |
| 21 | three weeks? | 11:38:49 |
| 22 |    A.  Yes. | 11:39:09 |
| 23 |    Q.  Mr. Ho, were you using USB drives to | 11:39:16 |
| 24 | access and review Micron documents on the first | 11:39:19 |
| 25 | UMC issued hard drive? | 11:39:23 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of JT Ho
Conducted on July 12, 2018                                55

| | | |
|---|---|---|
| 1 | A.  I read all the information that | 11:40:15 |
| 2 | I established when I was working for TSMC, | 11:40:19 |
| 3 | (Chinese spoken), (Chinese spoken), and Micron. | 11:40:24 |
| 4 | I read all of them. | 11:40:26 |
| 5 | MR. JOHNSON:  You read? | 11:40:29 |
| 6 | A.  The English name of "(Chinese spoken)" is | 11:40:31 |
| 7 | Powerchip. | 11:40:34 |
| 8 | THE CHECK INTERPRETER:  And "(Chinese | 11:40:37 |
| 9 | spoken)" is Rexchip. | 11:40:37 |
| 10 | THE MAIN INTERPRETER:  And the English | 11:40:41 |
| 11 | name of "(Chinese spoken)" is Rexchip. | 11:40:43 |
| 12 | BY MR. MICHAEL: | 11:40:48 |
| 13 | Q.  Mr. Ho, in the first three weeks that you | 11:40:48 |
| 14 | were employed at UMC, were you using USB drives to | 11:40:51 |
| 15 | access and review Micron documents on the first | 11:40:54 |
| 16 | UMC issued hard drive that you used? | 11:40:56 |
| 17 | A.  (Chinese spoken). | 11:41:22 |
| 18 | THE CHECK INTERPRETER:  Counsel, "USB | 11:41:25 |
| 19 | drive" was translated as "USB hard drive".  Is | 11:41:26 |
| 20 | that what you meant? | 11:41:29 |
| 21 | MR. MICHAEL:  No. | 11:41:31 |
| 22 | A.  I only read the USB drive through the | 11:41:32 |
| 23 | computer. | 11:41:34 |
| 24 | BY MR. MICHAEL: | 11:41:34 |
| 25 | Q.  When you say "USB drive", you're talking | 11:41:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                                    56

| | | |
|---|---|---|
| 1 | about a flash drive; is that right, Mr. Ho? | 11:41:44 |
| 2 | THE CHECK INTERPRETER:  "(Chinese | 11:41:52 |
| 3 | spoken)". | 11:41:52 |
| 4 | A.  I had two.  Both are portable.  One is | 11:42:08 |
| 5 | this one, flash; the other is a USB hard drive. | 11:42:12 |
| 6 | BY MR. MICHAEL: | 11:42:24 |
| 7 | Q.  Can we refer to those as external drives? | 11:42:25 |
| 8 | THE CHECK INTERPRETER:  "(Chinese | 11:42:31 |
| 9 | spoken)". | 11:42:31 |
| 10 | A.  Yes. | 11:42:32 |
| 11 | BY MR. MICHAEL: | 11:42:34 |
| 12 | Q.  So, so far, Mr. Ho, we've talked about | 11:42:34 |
| 13 | three hard drives on your UMC computers; correct? | 11:42:37 |
| 14 | THE CHECK INTERPRETER:  (Chinese spoken). | 11:42:53 |
| 15 | A.  So are you asking if there are three hard | 11:43:00 |
| 16 | disk drives on the UMC computer? | 11:43:05 |
| 17 | MR. JOHNSON:  Why don't you do | 11:43:09 |
| 18 | "external"/"internal"? | 11:43:10 |
| 19 | BY MR. MICHAEL: | 11:43:12 |
| 20 | Q.  Let's focus on external drives. | 11:43:13 |
| 21 | A.  Okay. | 11:43:23 |
| 22 | Q.  Have you searched any external drives in | 11:43:24 |
| 23 | your possession for Micron documents? | 11:43:30 |
| 24 | A.  I don't quite know exactly what you're | 11:43:49 |
| 25 | asking, because I had Micron documents.  I did not | 11:43:52 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                                    57

| | | |
|---|---|---|
| 1 | have to search. | 11:43:55 |
| 2 | Q.  My question to you, Mr. Ho, is, did you | 11:44:03 |
| 3 | investigate whether any external drives that you | 11:44:05 |
| 4 | have contain Micron documents? | 11:44:09 |
| 5 | A.  Yes. | 11:44:30 |
| 6 | Q.  And do you have any external drives that | 11:44:30 |
| 7 | contain Micron documents? | 11:44:32 |
| 8 | MR. JOHNSON:  Today? | 11:44:38 |
| 9 | BY MR. MICHAEL: | 11:44:40 |
| 10 | Q.  Today. | 11:44:40 |
| 11 | A.  Today, no. | 11:44:46 |
| 12 | Q.  Have you ever possessed any external | 11:44:49 |
| 13 | drives that contain Micron documents since joining | 11:44:52 |
| 14 | UMC in 2015? | 11:44:54 |
| 15 | A.  Yes. | 11:45:10 |
| 16 | Q.  Tell me about those external drives and | 11:45:11 |
| 17 | what was contained on them. | 11:45:13 |
| 18 | A.  There's some personal information, for | 11:45:38 |
| 19 | example the videos that I collected, or text | 11:45:39 |
| 20 | filing information.  And I have the habit to | 11:45:43 |
| 21 | collect information and store information since | 11:45:56 |
| 22 | I worked for TSMC.  So I had information also at | 11:46:00 |
| 23 | (Chinese spoken) | 11:46:09 |
| 24 | THE CHECK INTERPRETER:  Powerchip | 11:46:12 |
| 25 | A.    Powerchip, as well as Rexchip. | 11:46:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                                    58

| | | |
|---|---|---|
| 1 | THE CHECK INTERPRETER:    and Micron. | 11:46:12 |
| 2 | A.    and Micron. | 11:46:15 |
| 3 | THE CHECK INTERPRETER:  And one | 11:46:15 |
| 4 | correction. | 11:46:16 |
| 5 | "I have the habit of storing | 11:46:17 |
| 6 | information", not "collecting information". | 11:46:19 |
| 7 | BY MR. MICHAEL: | 11:46:23 |
| 8 | Q.  Let's break it down this way, Mr. Ho. | 11:46:24 |
| 9 | During the time you've been employed at UMC, how | 11:46:28 |
| 10 | many external drives did you possess that contain | 11:46:31 |
| 11 | Micron documentation? | 11:46:37 |
| 12 | A.  Two. | 11:46:53 |
| 13 | Q.  And is one of those   or is one of those | 11:46:56 |
| 14 | two a flash drive? | 11:47:00 |
| 15 | A.  Yes. | 11:47:05 |
| 16 | Q.  Is the second one also a flash drive? | 11:47:07 |
| 17 | A.  No.  It's a hard disk drive. | 11:47:16 |
| 18 | Q.  And the first flash drive, do you know | 11:47:27 |
| 19 | who the manufacturer of that flash drive was?  Was | 11:47:29 |
| 20 | it a Kingston flash drive? | 11:47:33 |
| 21 | A.  Yes, to my impression. | 11:47:40 |
| 22 | Q.  And the second drive, which you said is | 11:47:44 |
| 23 | an external hard disk drive, who is the | 11:47:47 |
| 24 | manufacturer of that drive, if you recall? | 11:47:50 |
| 25 | A.  (Chinese spoken). | 11:48:02 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                              59

| | | |
|---|---|---|
| 1 | THE CHECK INTERPRETER:  Transcend. | 11:48:04 |
| 2 | BY MR. MICHAEL: | 11:48:07 |
| 3 | Q.  What was the memory capacity of the flash | 11:48:07 |
| 4 | drive, if you recall? | 11:48:10 |
| 5 | A.  500G, question mark.  I guess.  I would | 11:48:28 |
| 6 | guess 500G. | 11:48:33 |
| 7 | Q.  And what about the | 11:48:35 |
| 8 | THE CHECK INTERPRETER:  The witness also | 11:48:39 |
| 9 | said, "I forgot." | 11:48:40 |
| 10 | (Court reporter clarification) | 11:48:42 |
| 11 | BY MR. MICHAEL: | 11:48:43 |
| 12 | Q.  Where is that flash drive today? | 11:48:44 |
| 13 | A.  At the prosecutor's. | 11:48:54 |
| 14 | Q.  What about the external hard disk drive? | 11:49:00 |
| 15 | What was the size of that hard disk drive? | 11:49:02 |
| 16 | A.  I think 2T. | 11:49:10 |
| 17 | Q.  2 terabytes? | 11:49:16 |
| 18 | A.  (In English) Yes. | 11:49:20 |
| 19 | A.  2000G. | 11:49:20 |
| 20 | Q.  And where is that hard disk drive today? | 11:49:24 |
| 21 | A.  I handed it to the prosecutor last year. | 11:49:33 |
| 22 | THE CHECK INTERPRETER:  "Voluntarily". | 11:49:37 |
| 23 | BY MR. MICHAEL: | 11:49:47 |
| 24 | Q.  Did you investigate whether any other UMC | 11:49:51 |
| 25 | employees have external drives that contain Micron | 11:49:53 |

| | | |
|---|---|---|
| 1 | I actually thought that I had never copied any | 14:42:50 |
| 2 | information to the company computer.  It was until | 14:42:53 |
| 3 | the result of the investigation done by the | 14:43:03 |
| 4 | forensics company, identifying that there were | 14:43:08 |
| 5 | documents there, that I knew that, oh, there were | 14:43:11 |
| 6 | documents. | 14:43:13 |
| 7 | Q.  When you say you had never copied any | 14:43:27 |
| 8 | information to the company computer, you mean | 14:43:31 |
| 9 | you've never copied any Micron information to the | 14:43:33 |
| 10 | company computer? | 14:43:35 |
| 11 | A.  Yes. | 14:43:45 |
| 12 | Q.  Where did you store all of the Micron | 14:43:51 |
| 13 | documents that were in your possession while at | 14:43:53 |
| 14 | Micron   while at UMC? | 14:43:57 |
| 15 | A.  The USB flash drive that I mentioned | 14:44:11 |
| 16 | earlier, and the hard disk drive of Transcend. | 14:44:18 |
| 17 | Q.  If you didn't put the Micron documents | 14:44:27 |
| 18 | from your hard drive number 1 in the trash bin, | 14:44:32 |
| 19 | who did? | 14:44:38 |
| 20 | MR. JOHNSON:  Objection.  Calls for | 14:44:40 |
| 21 | speculation and conjecture. | 14:44:41 |
| 22 | A.  Yes, of course it could have been me, | 14:45:06 |
| 23 | because the computer was mine. | 14:45:08 |
| 24 | BY MR. MICHAEL: | 14:45:10 |
| 25 | Q.  Did you check to see if the computer had | 14:45:11 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of JT Ho

Conducted on July 12, 2018                               97

| | | |
|---|---|---|
| 1 | been issued to any other UMC employees? | 14:45:13 |
| 2 | A.  No.  The computer was brand new.  It was | 14:45:28 |
| 3 | bought after I was on board. | 14:45:32 |
| 4 | Q.  And approximately    what was the | 14:45:58 |
| 5 | approximate volume, number of Micron documents | 14:46:01 |
| 6 | that you possessed on the flash drive? | 14:46:04 |
| 7 | A.  So I used the USB and then the company | 14:46:32 |
| 8 | would detect the number of the USB used.  So | 14:46:35 |
| 9 | according to the statement of the IT department, | 14:46:42 |
| 10 | there were 20,000 pieces of information. | 14:46:45 |
| 11 | Q.  When you say there were 20,000 pieces of | 14:47:10 |
| 12 | information, do you mean that there were 20,000 | 14:47:13 |
| 13 | files containing Micron information on your flash | 14:47:17 |
| 14 | drive? | 14:47:22 |
| 15 | A.  Yes.  According to the IT department, | 14:47:41 |
| 16 | there were more than 20,000 files with Micron | 14:47:43 |
| 17 | information. | 14:47:46 |
| 18 | Q.  And what about on your hard disk drive? | 14:47:47 |
| 19 | What was the volume of Micron files on the hard | 14:47:50 |
| 20 | disk drive?  And so we're clear, Mr. Ho, I'm | 14:47:55 |
| 21 | talking about the external drive. | 14:48:04 |
| 22 | A.  I thought we went through this question, | 14:48:21 |
| 23 | and my answer earlier was more than 20,000 files. | 14:48:22 |
| 24 | So is this asking the same question? | 14:48:25 |
| 25 | Q.  You identified two external drives, | 14:48:31 |