STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Laura.Vartain@usdoj.gov
    Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00465 MMC |
| Plaintiff, | UNITED STATES' RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF A PRIOR DISCIPLINARY ACTION AGAINST STEPHEN CHEN |
| v. | |
| FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD, | |
| Defendant. | The Honorable Maxine M. Chesney<br>Pretrial Conf: January 18, 2022, at 10:00 am<br>Courtroom 7, 19th Floor |


On November 1, 2021, the United States provided notice to defense counsel (among other notices) of its intention to admit evidence at trial relating to a disciplinary action that Micron Technology, Inc. took against Stephen Chen while he was the executive in charge of Micron Memory Taiwan. Dkt. 245-2, at 7.

After review of its list of trial witnesses and exhibits, the United States does not intend to introduce evidence of the disciplinary action against Stephen Chen.

Defendant's motion *in limine* #5 to exclude evidence of a prior disciplinary action against Stephen Chen is therefore moot and an order should be entered accordingly.

Dated: December 22, 2021

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/
LAURA VARTAIN HORN
NICHOLAS WALSH
Assistant United States Attorneys

NICHOLAS O. HUNTER
STEPHEN MARZEN
Trial Attorneys, National Security Division