STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Laura.Vartain@usdoj.gov
    Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00465 MMC |
|     Plaintiff, | |
|   v. | UNITED STATES' RESPONSE TO COURT ORDERS REGARDING SEALING |
| FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD, | |
|     Defendant. | |

The Court has directed the United States to address Fujian Jinhua Integrated Circuit Company, Ltd.'s (Jinhua's) requests for sealing. On January 3, 2021, the Court directed the United States to file a declaration identifying any portions of Exhibit G to the Sloan Declaration in support of Jinhua's motion *in limine* 4 ("Sloan Declaration 1") that the United States believed would be properly filed under seal. *See* Dkt. 284. Also on January 3, 2021, the Court directed the United States to file a declaration identifying the portions of Exhibits B, C, E, F, I and J, if any, to the Sloan Declaration in support of Jinhua's motion *in limine* 6 ("Sloan Declaration 2") it believes are properly filed under seal. Dkt. 286.

Exhibit G to Sloan Declaration 1 is the expert report of Jinhua's forensic expert John Ashley ("Ashley Report") and exhibits to it. Having reviewed the exhibits to the Ashley Report, the United States concludes that certain of the exhibits are designated confidential but does not find that any portions need to be sealed, and so is not filing a declaration in support of sealing. Accordingly, going forward, Jinhua may consider these documents not confidential.

With respect to the Sloan Declaration 2, Exhibits B and C are the Technology Cooperation Agreement between Jinhua and UMC and a translation of it. The United States does not believe either need be filed under seal. Exhibits E, F, I and J are interrogation records and translations of them, and again, the United States does not maintain that they should be sealed and so is not filing a declaration in support of sealing. Accordingly, going forward, Jinhua may consider the documents at issue here to be not confidential.

Dated: January 10, 2022

STEPHANIE M. HINDS
United States Attorney

 /s/
LAURA VARTAIN HORN
NICHOLAS WALSH
Assistant United States Attorneys

NICHOLAS O. HUNTER
STEPHEN MARZEN
Trial Attorneys, National Security Division

RESPONSE TO COURT ORDER
18-CR-00465 MMC                                  1