1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
5 | Assistant United States Attorneys

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
7 | Telephone: (415) 436-7200
Laura.Vartain@usdoj.gov
8 | Nicholas.Walsh@usdoj.gov

9 | NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
10 | Trial Attorneys, National Security Division

11 | 950 Pennsylvania Ave., NW
Washington, DC 20530
12 | Tel: (202) 353-3434
Fax: (202) 233-2146
13 | Nicholas.Hunter@usdoj.gov
Stephen.Marzen@usdoj.gov

14

Attorneys for United States of America

15

16 UNITED STATES DISTRICT COURT

17 NORTHERN DISTRICT OF CALIFORNIA

18 SAN FRANCISCO DIVISION

19 

| UNITED STATES OF AMERICA, | ) CASE NO. 18-CR-00465 MMC |
|---|---|
| Plaintiff, | ) |
|  | ) UNITED STATES' STATUS UPDATE |
| v. | ) REGARDING DIPLOMATIC |
|  | ) CORRESPONDENCE |
| FUJIAN JINHUA INTEGRATED CIRCUIT | ) |
| CO., LTD, | ) The Honorable Maxine M. Chesney |
|  | ) Courtroom 7, 19th Floor |
| Defendant. | ) |

UNITED STATES' STATUS UPDATE
18-CR-00465 MMC

# STATUS UPDATE

The government files this status update regarding correspondence the United States Department of State received from the Embassy of the People's Republic of China ("PRC") in Washington, D.C., on May 13, 2022, and which the undersigned received early on May 14, 2022.

The diplomatic note came in response to the United States' own diplomatic note dated April 29, 2022, from the Department of State to the Embassy of the PRC in Washington, D.C.  That note in substance advised that the Court had approved Defendant Fujian Jinhua Integrated Circuit, Co., Ltd.'s request to take remote video testimony of five identified defense witnesses. The note further advised on relevant procedures, such as the likely locations of the Court, the witnesses, and the prosecuting and defense attorneys, and advised that the witnesses would be administered an oath.  The United States' correspondence attached two declarations of Jinfu Zheng regarding the asserted consent from the PRC.

The responsive message from the Embassy of the PRC to the Department of State stated that the PRC was reviewing the issue and would respond further soon. The correspondence further requested a postponement of the court procedure regarding the witness testimony by zoom planned for May 16, 2022.

The United States immediately informed defense counsel of the substance of the correspondence.

Defense witness Lu Wensheng is set to testify on May 16, 2022.

The United States will be prepared to address its position on Monday morning.

Dated: May 15, 2022

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney


  /s/
LAURA VARTAIN HORN
NICHOLAS WALSH
Assistant United States Attorneys

NICHOLAS O. HUNTER
STEPHEN MARZEN
Trial Attorneys, National Security Division